[No. 23862-8-III. Division Three. February 13, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK POMA, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 03-1-00954-1, Vic L. VanderSchoor and Dennis D. Yule, JJ., entered October 18, 2004 and February 18, 2005. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 24101-7-III. Division Three. February 13, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT MYRON ADAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 04-1-01767-5, Michael E. Schwab, J., entered April 27, 2005. *Reversed* and *remanded* by unpublished opinion per Kulik, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 24189-1-III. Division Three. February 13, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. CARLOS BARRERA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 05-1-00697-3, Ruth Reukauf, J., entered May 24, 2005. *Affirmed* by unpublished opinion per Kato, J. Pro Tem., concurred in by Sweeney, C.J., and Kulik, J.

[No. 24618-3-III. Division Three. February 13, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. GERALD ALLEN DAUENHAUER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 05-1-00848-6, Robert G. Swisher, J., entered October 13, 2005. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Schultheis, J.